**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

_____

U.S. ENERGY DEVELOPMENT CORPORATION, *et al.*,

                        Plaintiffs,                        Case No. 2:13-mc-0011

v.

SUPERIOR WELL SERVICES, LTD.,                  (Case No. 1:10-cv-00776-JJM ,

                        Defendant                   currently pending in the United
                                                                         States District Court for the
                                                                         Western District of New York
                                                                         (Buffalo))

SUPERIOR WELL SERVICES, INC., as successor in interest
to SUPERIOR WELL SERVICES, LTD.,

                        Third-Party Plaintiff,

v.

KROFF CHEMICAL COMPANY, INC.

                        Third-Party Defendant.

_____

**ORDER GRANTING MOTION TO COMPEL**

        Plaintiff U.S. Energy Corporation's unopposed February 27, 2013 Motion to Compel The National Colloid Company to Respond to Subpoena to Produce Documents is GRANTED. It is ORDERED that The National Colloid Company respond to the Subpoena and produce all documents requested by it on or before April 21, 2013.

        It is FURTHER ORDERED that U.S. Energy Corporation serve a copy of this Order on counsel for The National Colloid Company on receipt of the Order and, in no event, more than five (5) business days after the date this Order is filed.

        Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is

filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge
